**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **DORAL MORTGAGE CORPORATION/DORAL FINANCIAL CORPORATION,** | **Civil No. 08-1868 (GAG)** |
| Appellant, | |
| v. | **Bankruptcy No. 05-12779 (SEK)** |
| **WILFREDO SEGARRA-MIRANDA** Appellee. | |

## **JUDGMENT**

Pursuant to the court's Opinion and Order issued on this date (Docket No. 28) judgment is hereby entered affirming the Bankruptcy Court's Decision and Order of July 15, 2008. This case is now closed.

**SO ORDERED**.

In San Juan, Puerto Rico this 10th day of September, 2009.

*S/Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge